FILED
January 02, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Tyler Martin_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JUANITA NOELLA BENAVIDEZ, § § § **Plaintiff,** § § v. § **CIVIL NO. SA-22-CV-00504-OLG** § TINDALL CORPORATION, § § **Defendant.** § | |

## ORDER ON REPORT AND RECOMMENDATION

The Court has considered United States Magistrate Judge Richard B. Farrer's Report and Recommendation (R&R), filed December 11, 2023, concerning Defendant's Motion to Dismiss for Failure to Prosecute and Comply with Court Orders. (*See* R&R, Dkt. No. 30.)

Any party who desires to object to a Magistrate Judge's findings and recommendations must serve and file specific written objections within fourteen days after being served with a copy of the findings and recommendations. FED. R. CIV. P. 72(b)(2). Plaintiff, through counsel, was electronically served with a copy of the R&R on December 11, 2023, and the time to object has passed.

Accordingly, because no party has objected to the Magistrate Judge's findings or recommendations, the Court reviews the R&R for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989); *cf.* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which an objection is made.") After such review, the Court finds that the R&R is in all things correct and should be accepted.

Accordingly, the Court **ACCEPTS** the Magistrate Judge's R&R (Dkt. No. 30) and, for the reasons set forth therein, Defendant's Motion to Dismiss for Failure to Prosecute and Comply with

Court Orders (Dkt. No. 24) is **GRANTED** and Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

This case is **CLOSED**.

It is so **ORDERED**.

**SIGNED** this  2nd  day of January 2024.

                                        ORLANDO L. GARCIA
                                        United States District Judge